IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 5:25-CR-____ |
| | : | |
| | : | VIOLATIONS: |
| | : | 21 U.S.C. § 841(a)(1) |
| | : | 21 U.S.C. § 841(b)(1)(C) |
| v. | : | 21 U.S.C. § 860 |
| | : | 18 U.S.C. § 922(g)(1) |
| | : | 18 U.S.C. § 924(a)(8) |
| | : | 18 U.S.C. § 922(d) |
| | : | 18 U.S.C. § 924(a)(2) |
| LONNIE ALEXANDER, | : | 18 U.S.C. § 933(a)(1) |
| | : | 18 U.S.C. § 933(b) |
| Defendant. | : | 21 U.S.C. § 841(b)(1)(B)(viii) |
| | : | 21 U.S.C. § 841(b)(1)(A)(viii) |

**THE GRAND JURY CHARGES:**

## COUNT ONE
### (Distribution of Cocaine)

On or about April 1, 2024, in the Macon Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court, the defendant,

**LONNIE ALEXANDER,**

knowingly and intentionally distributed a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance; all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(c).

## COUNT TWO
### (Distribution of Cocaine)

On or about April 18, 2024, in the Macon Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court, the defendant,

**LONNIE ALEXANDER,**

knowingly and intentionally distributed a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance; all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(c).

## COUNT THREE
### (Distribution of Crack Cocaine)

On or about April 18, 2024, in the Macon Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court, the defendant,

**LONNIE ALEXANDER,**

knowingly and intentionally distributed a mixture and substance containing a detectable amount of crack cocaine, a Schedule II controlled substance; all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(c).

## COUNT FOUR
### (Distribution of Cocaine Near a University)

On or about April 23, 2024, in the Macon Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court, the defendant,

**LONNIE ALEXANDER,**

knowingly and intentionally distributed a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), within 1,000 feet of the real property comprising Mercer University, a private university; all in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 860.

## COUNT FIVE
### (Possession of a Firearm by a Convicted Felon)

On or about May 22, 2024, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court, the defendant,

**LONNIE ALEXANDER,**

knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit: one (1) Hi-Point, Model C9, 9 mm luger pistol, Serial No. P10000477, said firearm having been shipped and transported in interstate and foreign commerce; all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT SIX
### (Transfer of a Firearm to a Prohibited Person)

On or about May 22, 2024, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court, the defendant,

**LONNIE ALEXANDER,**

knowingly transferred a firearm, that is, one (1) Hi-Point, Model C9, 9 mm luger pistol, Serial No. P10000477, to a recipient, knowing and having reasonable cause to believe that the recipient had been convicted of a crime punishable by imprisonment for a term exceeding one year; all in violation of Title 18, United States Code, Sections 922(d) and 924(a)(2).

## COUNT SEVEN
### (Firearms Trafficking)

On or about May 22, 2024, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court, the defendant,

**LONNIE ALEXANDER,**

did ship, transport, transfer, cause to be transported, and disposed of a firearm, to wit: one (1) Hi-Point, Model C9, 9 mm luger pistol, Serial No. P10000477, to a recipient, in and affecting commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of the firearm by the recipient, would constitute a felony; all in violation of Title 18, United States Code, Sections 933(a)(1) and 933(b).

## COUNT EIGHT
### (Possession of a Firearm by a Convicted Felon)

On or about May 23, 2024, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court, the defendant,

**LONNIE ALEXANDER,**

knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit: one (1) Smith & Wesson, Model SW9VE, 9 Caliber pistol, Serial No. DVJ0748, said firearm having been shipped and transported in interstate and foreign commerce; all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT NINE
### (Transfer of a Firearm to a Prohibited Person)

On or about May 23, 2024, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court, the defendant,

**LONNIE ALEXANDER,**

knowingly transferred a firearm, that is, one (1) Smith & Wesson, Model SW9VE, 9 Caliber pistol, Serial No. DVJ0748, to a recipient, knowing and having reasonable cause to believe that the recipient had been convicted of a crime punishable by imprisonment for a term exceeding one year; all in violation of Title 18, United States Code, Sections 922(d) and 924(a)(2).

## COUNT TEN
### (Firearms Trafficking)

On or about May 23, 2024, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court, the defendant,

**LONNIE ALEXANDER,**

did ship, transport, transfer, cause to be transported, and disposed of a firearm, to wit: one (1) Smith & Wesson, Model SW9VE, 9 Caliber pistol, Serial No. DVJ0748, to a recipient, in and affecting commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of the firearm by the recipient, would constitute a felony; all in violation of Title 18, United States Code, Sections 933(a)(1) and 933(b).

## COUNT ELEVEN
### (Possession of a Firearm by a Convicted Felon)

On or about September 12, 2024, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court, the defendant,

**LONNIE ALEXANDER,**

knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit: one (1) Smith & Wesson, Model SD9VE, Caliber 9 pistol, Serial Number FCH8944, said firearm having been shipped and transported in interstate and foreign commerce; all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT TWELVE
### (Transfer of a Firearm to a Prohibited Person)

On or about September 12, 2024, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court, the defendant,

**LONNIE ALEXANDER,**

knowingly transferred a firearm, that is, one (1) Smith & Wesson, Model SD9VE, Caliber 9 pistol, Serial Number FCH8944, to a recipient, knowing and having reasonable cause to believe that the recipient had been convicted of a crime punishable by imprisonment for a term exceeding one year; all in violation of Title 18, United States Code, Sections 922(d) and 924(a)(2).

## COUNT THIRTEEN
### (Firearms Trafficking)

On or about September 12, 2024, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court, the defendant,

**LONNIE ALEXANDER,**

did ship, transport, transfer, cause to be transported, and disposed of a firearm, to wit: one (1) Smith & Wesson, Model SD9VE, Caliber 9 pistol, Serial Number FCH8944, to a recipient, in and affecting commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of the firearm by the recipient, would constitute a felony; all in violation of Title 18, United States Code, Sections 933(a)(1) and 933(b).

## COUNT FOURTEEN
### (Distribution of Methamphetamine)

On or about September 12, 2024, in the Macon Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court, the defendant,

**LONNIE ALEXANDER,**

knowingly and intentionally distributed five grams or more of methamphetamine, a Schedule II controlled substance; all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

## COUNT FIFTEEN
### (Possession of a Firearm by a Convicted Felon)

On or about September 12, 2024, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court, the defendant,

**LONNIE ALEXANDER,**

knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit: one (1) Titan Tiger, .38 Special Revolver, Serial

No. Unknown, said firearm having been shipped and transported in interstate and foreign commerce; all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT SIXTEEN
### (Transfer of a Firearm to a Prohibited Person)

On or about September 12, 2024, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court, the defendant,

### LONNIE ALEXANDER,

knowingly transferred a firearm, that is, one (1) Titan Tiger, .38 Special Revolver, Serial No. Unknown, to a recipient, knowing and having reasonable cause to believe that the recipient had been convicted of a crime punishable by imprisonment for a term exceeding one year; all in violation of Title 18, United States Code, Sections 922(d) and 924(a)(2).

## COUNT SEVENTEEN
### (Firearms Trafficking)

On or about September 12, 2024, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court, the defendant,

### LONNIE ALEXANDER,

did ship, transport, transfer, cause to be transported, and disposed of a firearm, to wit: one (1) Titan Tiger, .38 Special Revolver, Serial No. Unknown, to a recipient, in and affecting commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of the firearm by the recipient, would constitute a felony; all in violation of Title 18, United States Code, Sections 933(a)(1) and 933(b).

## COUNT EIGHTEEN
### (Distribution of Methamphetamine)

On or about April 23, 2025, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court, the defendant,

## LONNIE ALEXANDER,

knowingly and intentionally distributed fifty grams or more of methamphetamine, a Schedule II controlled substance; all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

A TRUE BILL.

*/s/ Foreperson of the Grand Jury*
FOREPERSON OF THE GRAND JURY

WILLIAM R. KEYES
UNITED STATES ATTORNEY
MIDDLE DISTRICT OF GEORGIA

Presented by:

HANNAH M. COUCH
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this 18 day of November, AD 2025.

Deputy Clerk